# In the United States Court of Federal Claims

**No. 05-845C**

**(Filed December 12, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SOMERSET VILLAGE ASSOCIATES** | * |
| **LIMITED PARTNERSHIP,** | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Status Report filed December 1, 2005, the parties shall file a Joint Status Report indicating the progress of the ADR proceedings before Judge Horn by Monday, January 30, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**