# In the United States Court of Federal Claims

**No. 05-845C**

**(Filed February 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
**SOMERSET VILLAGE ASSOCIATES LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed January 30, 2006, the parties shall file a Joint Status Report indicating the progress of the ADR proceedings before Judge Horn by Monday, March 6, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**