# In the United States Court of Federal Claims

**No. 05-845C**

**(Filed August 7, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *

**SOMERSET VILLAGE ASSOCIATES LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed July 24, 2006, the parties are instructed to file a follow-up status report concerning the final approval of the settlement agreement by Monday, September 11, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**