# In the United States Court of Federal Claims

**No. 05-845C**

**(Filed September 18, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SOMERSET VILLAGE ASSOCIATES** | * |
| **LIMITED PARTNERSHIP,** | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Status Report filed September 15, 2006, the court will continue the STAY until the settlement agreement has been approved and executed. The parties will report to the court once the approval process is complete.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**