# In the United States Court of Federal Claims

**No. 05-845C**

**(Filed January 19, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SOMERSET VILLAGE ASSOCIATES** | * |
| **LIMITED PARTNERSHIP,** | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The parties shall file a Joint Status Report indicating the status of the ADR proceedings by Friday, February 2, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**